COMMISSIONER OF INTERNAL REVE-
NUE, Petitioner, v. Margaret DAY
et al., Ex'rs, etc.

No. 6338.

Circuit Court of Appeals, Third Circuit.
Aug. 12, 1937.

James W. Morris, Asst. Atty. Gen., Harry Marselli, Sewall Key, Norman D. Keller, and Louise Foster, Sp. Assts. to Atty. Gen., for petitioner.

Henry S. Drinker, Jr., Frederick E. S. Morrison, Calvin H. Rankin, C. A. Mc-Clure, and Drinker, Biddle & Reath, all of Philadelphia, Pa., for respondents.

Before BUFFINGTON and BIGGS, Circuit Judges, and DICKINSON, District Judge.

PER CURIAM.

Reaffirming the decisions of this Court in Commissioner v. Bryn Mawr Trust Co., 87 F.(2d) 607, and Turner v. Commissioner, 85 F.(2d) 919, 107 A.L.R. 1468, the order of the Tax Board in the present case is affirmed.